# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| CYNTHIA WANEK, | Civil No. 09-1117 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| CENTRAL PORTFOLIO CONTROL, | |
| Defendant. | |

___

Lee Cassie Yates, **KROHN & MOSS, LTD,** 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiff.

James Bedell and Michael Poncin, **MOSS & BARNETT, PA**, 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for defendant.

Pursuant to the parties' stipulation of dismissal filed on October 1, 2009 [Docket No. 7],

**IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

DATED: October 6, 2009
at Minneapolis, Minnesota.

                                                                                        s/John R. Tunheim
                                                                                            JOHN R. TUNHEIM
                                                                       United States District Judge